# Order

Michigan Supreme Court
Lansing, Michigan

December 27, 2005

129720

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN ANTHONY YOUNG, a/k/a
ANTHONY JACKSON, TIMOTHY
TROY JONES, KEITH TURNER,
MICHAEL WALKER, SHELDON
YOUNG, and ANTHONY JONES,
      Defendant-Appellant.

SC: 129720
COA: 253626
Calhoun CC: 2003-003376-FC

_____/

      On order of the Court, the application for leave to appeal the October 4, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk